# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RM&JW, INC. d/b/a JUNCTION CITGO,** } } } | |
| Plaintiff, } } | |
| } | Case No.: 2:10-cv-00408-RDP |
| v. } } | |
| **MOORE OIL CO., INC.,** } } | |
| Defendant. | |

### ORDER OF DISMISSAL

In accordance with the Joint Motion for Stipulation of Dismissal (Doc. # 12), filed October 18, 2010, the Motion (Doc. # 12) is **GRANTED**.  The court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this      19th      day of October, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE